UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISABELLE DUNN

    Plaintiff,                                    CASE NO.:  1:18-cv-03715-RWS

v.

SANTANDER CONSUMER, INC.,

    Defendant.
    _____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## IN FAVOR OF ARBITRATION

**COMES NOW** Plaintiff, Isabelle Dunn, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate to dismiss, without prejudice, in favor of Arbitration, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of September, 2018.

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Florida Bar No.: 0338620
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Primary Email: TGomez@ForThePeople.com
CheyenneReed@ForThePeople.com
*Attorney for Plaintiff*